PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant
NEW CASTLE CORP. INC.
dba EXCALIBUR HOTEL & CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HERBERT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NEW CASTLE CORPORATION, a Nevada Corporation, dba EXCALIBUR HOTEL & CASINO; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-02410-APG-PAL<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Plaintiff ANDREA HERBERT and Defendant NEW CASTLE CORP. INC. hereby submit the following Joint Status Report pursuant to the Court's Minute Order dated September 14, 2017 (ECF No. 3).

**Set forth the status of this action, including a statement of action required to be taken by this court.**

Defendant New Castle Corp. Inc., ("Defendant") removed the matter to this Court on September 14, 2017.  (ECF No. 1).

On September 20, 2017, Defendant filed its Answer to Plaintiff's Complaint.

The parties are in the process of scheduling the Rule 26(f) conference to prepare their discovery plan and initiate discovery.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

There is no action required by this Court at this time.

Dated: October 12, 2017                    Dated:  October 12, 2017

*/s/Daniel R. Watkins*
DANIEL R. WATKINS, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
ANDREA HERBERT

*/s/Sandra Ketner*
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NEW CASTLE CORP. INC.
dba EXCALIBUR HOTEL & CASINO

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

## **PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 200 S. Virginia Street, 8th Floor, Reno, NV.  On October 12, 2017, I served the within document(s):

### **JOINT STATUS REPORT REGARDING REMOVAL**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Daniel R. Watkins
WATKINS & LETOFSKY, LLP
8215 South Eastern Avenue
Suite 265
Las Vegas, NV 89123

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 12, 2017, at Reno, Nevada.

*/s/ Esperansa Reinold*
Esperansa Reinold

Firmwide:150176196.1 060736.1126

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.