UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREA HERBERT,<br><br>　　　　　　Plaintiff,<br>v.<br>NEW CASTLE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02410-APG-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

This matter is before the court on plaintiff Andrea Herbert's ("Herbert") failure to comply with this court's Order (ECF No. 17) filed December 19, 2017, and Order to Show Cause (ECF No. 19) filed February 2, 2018.

The court's Order (ECF No. 17) required Herbert to: (1) retain substitute counsel who should make an appearance in accordance with the requirements of the Local Rules of Practice, or file a notice with the court that she would be appearing in this matter pro se, that is, representing herself; and (2) appear for a status and case management conference on January 18, 2018, whether or not she had retained substitute counsel. The order warned Herbert that her failure to: (1) either obtain substitute counsel or file a notice that she would be appearing pro se; and (2) personally appear for the hearing, might result in the imposition of sanctions which may include a recommendation to the district judge of case dispositive sanctions for her failure to prosecute.

The court conduced a status and case management conference on January 30, 2018. Sandra Ketner appeared on behalf of defendant. Herbert failed to appear. Herbert also failed to retain substitute counsel who should make an appearance in accordance with the Local Rules of Practice, or file a notice that she would be appearing in this matter pro se. Herbert did not request an extension of time to neither comply with the court's order, or to continue the hearing date. Defense counsel reported that Herbert had not contacted her, nor had any attorney contacted her to indicate

an appearance would be made on Herbert's behalf. Under these circumstances the court indicated that the Herbert would be deemed to be appearing pro se, that is representing herself.

On February 2, 2018, the court entered an Order to Show Cause (ECF No. 19) which warned Herbert that the court would not tolerate failures to comply with its orders, and that if she wishes to proceed with her case she must comply with court orders, and do her best to prosecute her case in compliance with the Federal Rules of Civil Procedure, the Local Rules of Practice and the substantive law applicable to her case. The court ordered Herbert to show cause, in writing, **no later than February 21, 2018** why sanctions should not be imposed for her failure to: (1) retain substitute counsel who should make an appearance in accordance with the Local Rules of Practice or file a notice that she would be appearing in this matter pro se; and (2) personally appear at the hearing scheduled for January 30, 2018, whether or not she had substitute counsel.

The order warned Herbert that her failure to timely comply with this order to show cause may result in the imposition of sanctions, which may include a recommendation to the district judge that Herbert's complaint be dismissed for her failure to prosecute. *See* Fed. R. Civ. P. 41(b). The order instructed the Clerk of the Court to serve Herbert with a copy of the order to show cause at her last known address. Herbert was served by mail on January 31, 2018. Ms. Herbert has not complied with the court's February 2, 2018 Order to Show Cause, and has not requested an extension of time to do so.

The discovery plan and scheduling order (ECF No 9) which both parties stipulated to established a March 19, 2018 discovery cutoff and April 18, 2018 deadline for filing dispositive motions. Plaintiff's failure to comply with the court's orders, failure to communicate with the court or opposing counsel, and failure to prosecute this case has interfered with the court's management of its docket, wasted the resources of the court and the opposing party, and delayed resolution of the case on its merits.

For these reasons,

/ / /

/ / /

**IT IS RECOMMENDED** that Plaintiff's complaint be dismissed for her failure to comply with the court's orders and failure to prosecute this matter.

DATED this 8th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE