# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREA HERBERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEW CASTLE CORPORATION,<br><br>　　　　Defendant. | Case No. 2:17-cv-02410-APG-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING THE PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 20) |

On March 8, 2018, Magistrate Judge Leen issued a report and recommendation in which she recommends that I dismiss plaintiff Andrea Herbert's complaint because Herbert has failed to respond to court orders and has not prosecuted this case. ECF No. 20. Herbert did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Leen's report and recommendation **(ECF No. 20) is accepted**. Plaintiff Andrea Herbert's complaint is DISMISSED with prejudice.

DATED this 2nd day of April, 2018.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE